Christopher C. McNatt, Jr.
Cal. Bar No. 174559
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790
cmcnatt@scopelitis.com

Attorney for Defendant



FILED
JAN - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. '08 CV 0033 L AJB<br><br>CLASS ACTION<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL CIVIL RULE 40.2 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, the undersigned counsel of record for Defendant, Diakon Logistics (Delaware) Inc. ("Diakon"), certifies the following:

1. The parent corporation of Diakon is Diakon Logistics, Inc.

2. No publicly-held corporation owns 10% or more of Diakon's stock.

Dated: January 3, 2008

Respectfully submitted,

SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLP

By: _____
Christopher C. McNatt, Jr.
Attorney for Defendant, Diakon Logistics
(Delaware), Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by first-class, U.S. mail, postage prepaid, this 3rd day of January, 2008:

Todd J. Hilts
Law Office of Todd J. Hilts
2214 Second Avenue
San Diego, California 92101

Derek J. Emge
Emge & Associates
550 West C Street, Suite 1600
San Diego, California 92101

David A. Huch
Law Offices of David A. Huch
7040 Avenida Encinas, Suite 104
Carlsbad, California 92011

h:\users\bleive\documents\diakon\by soto 10610.72\superior court case\notice of party.doc

Christopher C. McNatt, Jr.
Attorney for Defendant, Diakon Logistics
(Delaware), Inc.