1  Todd J. Hilts (CSB No. 190711)
   LAW OFFICE OF TODD J. HILTS
2  2214 2nd Ave
   San Diego, CA 92101
3  Telephone (619) 531-7900
4  Facsimile  (619) 531-7904

5  Derek J. Emge (CSB No. 161105)
   EMGE & ASSOCIATES
6  550 West C Street, Ste. 1600
   San Diego, CA 92101
7  Telephone (619) 595-1400
8  Facsimile  (619) 595-1480

9  David A. Huch (CSB No. 222892)
   LAW OFFICES OF DAVID A. HUCH
10 7040 Avenida Encinas, Suite 104
   Carlsbad, CA 92011
11 Telephone (760) 402-9528
12 Facsimile  (760) 683-3245

13 Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public
14

15                        IN THE UNITED STATES DISTRICT COURT
16                           SOUTHERN DISTRICT OF CALIFORNIA
17

18 JOSUE SOTO, Individually, On Behalf of All    )  CIVIL NO. 08CV0033  L  (AJB)
   Others Similarly Situated, and on Behalf of the )
19 General Public,                                 )
                                                   )
20                                                 )  **CLASS ACTION**
               Plaintiff,                          )
21                                                 )  NOTICE OF APPEARANCE OF
                                                   )  PLAINTIFF'S COUNSEL
22 v.                                              )  (ATTORNEY DAVID A. HUCH)
                                                   )
23 DIAKON LOGISTICS (DELAWARE), INC., a )
   foreign corp.; and DOES 1 through 50,           )
24 inclusive,                                      )
                                                   )
25             Defendants.                         )
                                                   )
26 _____             )
27
                                     - 1 -
28 _____
                                               NOTICE OF APPERANCE OF COUNSEL
                                                              08CV0033 L (AJB)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE THAT NOTICE THAT: Attorney David A. Huch of the law firm of the Law Offices of David A. Huch (7040 Avenida Encinas, Suite 104, Carlsbad, CA, 92011, phone: (760) 809-5267, fax: (760) 683-3245, email: dhuch@onebox.com) hereby appears as counsel for Plaintiff JOSUE SOTO in the above-captioned district court action.

DATED: January 22, 2008        LAW OFFICES OF DAVID A. HUCH

s/ David A. Huch
DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
dhuch@onebox.com

Attorneys for Plaintiff, JOSUE SOTO, Individually, on behalf of all others similarly situated, and on behalf of the General Public.

- 2 -

NOTICE OF APPERANCE OF COUNSEL
08CV0033 L (AJB)