Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>        Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CIVIL NO. CIVIL NO. 08CV0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

IT IS HEREBY CERTIFIED THAT:

I, David A. Huch, am a citizen of the United States and am at least eighteen years of age. My business address is 7040 Avenida Encinas, Suite 104, Carlsbad, California 92011. I am not a party to the above entitled action. I have caused service of:

**NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL
(ATTORNEY DAVID A. HUCH)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Derek J. Emge
EMGE & ASSOCIATES
Email: derek@inthelaw.com
Attorneys for Plaintiff, Josue Soto**

**Christopher C McNatt, Jr
Scopelitis Garvin Light Hanson & Feary
Email: cmcnatt@scopelitis.com
Attorneys for Defendant, Diakon Logistics, Inc.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the the foregoing is true and correct as executed on this 22nd day of January 2008.

s/ David A. Huch_____
DAVID A. HUCH

- 2 -