**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, on behalf of all others similarly situated, et al.<br>        Plaintiff<br><br>vs<br><br>DIAKON LOGISTICS (DELAWARE) INC., and DOES 1-50 inclusive,<br>        Defendant | Case No. 08-cv-0033-L-AJB<br><br>PRO HAC VICE APPLICATION<br><br>DIAKON LOGISTICS (DE) INC.<br>Party Represented |

FILED
JAN 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

I, James H. Hanson hereby petition the above entitled court to permit me
    (Applicant)
to appear and participate in this case and in support of petition state:

My firm name: SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY
Street address: 10 West Market Street, Suite 1500
City, State, ZIP: Indianapolis, Indiana 46204
Phone number: (317) 637-1777

That on May 29, 1981 I was admitted to practice before the Indiana Supreme Court
    (Date)                                             (Name of Court)
and am currently in good standing and eligible to practice in said court,    See also Exhibit A attached.

that I am not currently suspended or disbarred in any other court, and

that I [X] have) [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case  Josue Soto v. Diakon Logistics (DE), Inc. (denied); and Fernando Ruiz v. Affinity Log. Corp. (granted)

Case number 07-cv-1378 LAB; and 3:05-cv-2125    Date of application 11/27/07; and July 11, 2005

Application  [X] granted    [X] denied    See Exhibit B attached.

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Christopher C. McNatt Jr., (CA Bar #174559)    (626) 795-4700
(Name)    (Telephone)
Scopelitis, Garvin, Light, Hanson & Feary, LLP
(Firm)
2 North Lake Avenue, Suite 460    Pasadena, CA    91101
(Street)    (City)    (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

Date 1/23/08
It is so ordered,

_M James Lorenz_____

Received $180.00 for Court Library fee

_feepaid_ 1/23/08 Deputy Clerk

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

## **EXHIBIT A**

James H. Hanson bar admission information:

| | |
|---|---|
| U.S. District Court, Southern District of Indiana | 05-29-81 |
| Supreme Court of Indiana | 05-29-81 |
| 7th Circuit Court of Appeals | 08-14-87 |
| 6th Circuit Court of Appeals | 11-19-87 |
| U.S. Supreme Court | 07-16-93 |
| 11th Circuit Court of Appeals | 06-18-97 |
| U.S. District Court, Northern District of Indiana | 05-31-01 |
| 2nd Circuit Court of Appeals | 07-23-01 |
| 9th Circuit Court of Appeals | 12-27-06 |
| U.S. District Court, Northern District of Illinois | 04-18-07 |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, individually, on behalf of all other similarly situated, and on behalf of the General Public,<br><br>Plaintiff,<br>vs.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 07cv1378-LAB (JMA)<br><br>**ORDER TO SHOW CAUSE RE FEDERAL JURISDICTION** |

Federal district courts have original jurisdiction over civil class actions predicated on diversity of citizenship "in which the amount in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs," among other threshold requirements. 28 U.S.C. § 1332(d)(2). From the face of the First Amended Complaint ("FAC") in this case, filed September 4, 2007 as a putative class action alleging violations of California labor laws, plaintiffs purport to proceed on the basis of diversity jurisdiction. However, they allege only an amount in controversy which "exceeds the sum or value of $75,000, exclusive of interest and costs." FAC ¶ 6.

The docket does not reflect plaintiffs have served the Complaint or the FAC, and named defendant Diakon Logistics, Inc. has not appeared in the action.[1] On its own motion

---

[1] However, on November 27, 200, three attorneys from a law firm in Indianapolis, Indiana presented *Pro Hac Vice* Applications to the Clerk of Court in this matter, identifying Diakon Logistics as their client and designating as proposed "local counsel" an attorney from the law firm's Pasadena, California office. Counsel is referred to this district's Civ. L. R. 83.3(c)(6). The undersigned District Judge requires an attorney appearing in this court *pro hac vice* to designate a member of the bar of

**EXHIBIT B**

- 1 -                                                                                                                07cv1378

1  based on the jurisdictional defect appearing from the face of the pleading, **IT IS HEREBY**
2  **ORDERED** on or before *December 14, 2007* plaintiffs shall show cause in a Declaration
3  from counsel why this action should not be dismissed for lack of subject matter jurisdiction,
4  and shall show good cause for the failure to cure the same defect evident in the original
5  Complaint. The Declaration shall be accompanied by a proposed Second Amended
6  Complaint to cure all jurisdictional pleading deficiencies, with a request for leave to file that
7  amended pleading. Alternatively, on or before that date, plaintiffs shall file a voluntary
8  dismissal of the action pursuant to FED.R.CIV.P 41(a)(1). **IT IS FURTHER ORDERED** failure
9  to timely respond to this Order will result in the dismissal of the case in its entirety, without
10 prejudice.

11    **IT IS SO ORDERED.**
12 DATED: November 30, 2007

13
14                                    *[signature]*
                                      **HONORABLE LARRY ALAN BURNS**
15                                    United States District Judge

---

28 this court who maintains an office within this district as co-counsel with the authority to act as attorney of record for all purposes. The Applications are accordingly rejected on that basis.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On January 16, 2008, I served the foregoing document described as **PRO HAC VICE APPLICATION OF JAMES H. HANSON** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED PROOF OF SERVICE MAILING LIST**

√   **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2008, at Pasadena, California.

Michelle Lazo

**PROOF OF SERVICE MAILING LIST**

Mr. Todd J. Hilts
Law Office of Todd J. Hilts
2214 Second Avenue
San Diego, California  92101

Mr. Derek J. Emge
Emge & Associates
550 West C Street, Suite 1600
San Diego, California  92101

Mr. David A. Huch
Law Offices of David A. Huch
7040 Avenida Encinas, Suite 104
Carlsbad, California  92011