

Soto                                                                 08cv0033-L (AJB)

-v-

**Diakon Logistics, Inc.**

# STRICKEN DOCUMENT

**11-Stipulation and [Proposed] Order Regarding Filing Responses to Counterclaim and Third Party Complaint**

**11**