Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public, <br><br> Plaintiff, <br><br> v. <br><br> DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive, <br><br> Defendants. | CIVIL NO. 08-CV-0033-L-AJB <br><br> **CLASS ACTION** <br><br> **CERTIFICATE OF SERVICE** |

- 1 -

1  IT IS HEREBY CERTIFIED THAT:

2    I, Derek J. Emge, am a citizen of the United States and am at least eighteen years of age.

3  My business address is 550 W. C Street, Suite 1600, San Diego, CA 92101.  I am not a party to the

4  above-entitled action.  I have caused service of:

5  **STIPULATION TO CONTINUE DEADLINE FOR RESPONSE
   TO COUNTERCLAIM (REFILED)**

7  on the following parties by electronically filing the foregoing with the Clerk of the District Court

8  using its ECF System, which electronically notifies them:

   **James H. Hanson
   Robert L. Browning
   R. Jay Taylor Jr.
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY
   10 West Market Street, Suite 1500
   Indianapolis, IN 46204**

   **Christopher C. McNatt, Jr.
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY
   2 North Lake Avenue, Suite 460
   Pasadena, CA 91101**

   **Todd J. Hilts, Esq.
   LAW OFFICE OF TODD J. HILTS
   2214 Second Ave.
   San Diego, CA 92101**

   **David A. Huch
   LAW OFFICES OF DAVID A. HUCH
   7040 Avenida Encinas, Suite 104
   Carlsbad, CA 92011**

21    I hereby certify that I have caused to be mailed the forgoing, by the United States Postal

22  Service, to the following non-ECF participants on this case:

23    **N/A**

24  the last known address, at which place there is delivery service from the United States Postal

25  Service.

- 2 -

CERTIFICATE OF SERVCE
08-CV-0033-L-AJB

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct as executed on this day, January 29, 2008.

_____
DEREK J. EMGE