SCOPELITIS, GARVIN, LIGHT,
   HANSON & FEARY, P.C.
James H. Hanson, Pro Hac Vice, Ind. Bar No. 08100-49
jhanson@scopelitis.com
Robert L. Browning, Pro Hac Vice, Ind. Bar No. 15128-49
rbrowning@scopelitis.com
R. Jay Taylor Jr., Pro Hac Vice, Ind. Bar No. 19693-53
jtaylor@scopelitis.com
10 West Market Street, Suite 1500
Indianapolis, IN 46204
(317) 637-1777
Fax: (317) 687-2414

SCOPELITIS, GARVIN, LIGHT,
   HANSON & FEARY, LLP
Christopher C. McNatt, Jr., Cal. Bar No. 174559
cmcnatt@scopelitis.com
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790

Attorneys for Diakon Logistics (Delaware) Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br>　vs.<br>DIAKON LOGISTICS (DELAWARE) INC., a foreign corporation;<br>　　　　Defendant and<br>　　　　Counterclaimant,<br>and<br>DOES 1 through 50, inclusive,<br>　　　　Defendants. | **CASE NO. 08-CV-0033-L-AJB**<br><br>**CLASS ACTION** |
| DIAKON LOGISTICS (DELAWARE) INC.,<br>　　　　Third-Party Plaintiff,<br>　vs.<br>SAYBE'S, LLC,<br>　　　　Third-Party Defendant | **JOINT MOTION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendant/Counterclaimant/Third-Party Plaintiff, Diakon Logistics (Delaware) Inc. ("Diakon") and Plaintiff/Counterclaim Defendant, Josue Soto ("Soto"), by counsel, respectfully request that the Court reschedule the Early Neutral Evaluation ("ENE") Conference presently scheduled for February 26, 2008, for the following reasons:

1. On January 15, 2008, the Court issued its Order Setting Early Neutral Evaluation Conference (Dkt. 4), scheduling an ENE conference in this case for February 26, 2008.

2. James H. Hanson, the attorney for Diakon who will participate in the ENE conference, is unable to attend the ENE conference on February 26, 2008, due to a prior scheduling conflict.

3. Attorney Hanson and Attorney Derek J. Emge, the attorney who will participate in the ENE conference on behalf of Soto, are available during the second two weeks in March 2008 and request that the Court reschedule the ENE conference for a date during the second two weeks in March 2008.

WHEREFORE, Soto and Diakon respectfully request that the Court reschedule the ENE Conference presently scheduled for February 26, 2008, to a date during the second two weeks of March, and for all other relief proper in the premises.

Respectfully submitted,

| | |
|---|---|
| **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.** | **EMGE & ASSOCIATES** |
| By: */s/James H. Hanson* <br> James H. Hanson <br> jhanson@scopelitis.com <br> Attorney for Defendant/Counterclaimant/Third-Party Plaintiff, Diakon Logistics (Delaware) Inc. | By:*/s/Derek J. Emge* <br> Derek J. Emge <br> Derek@inthelaw.com <br> Attorney for Plaintiff/Counterclaim Defendant, Josue Soto, Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically this 4th day of February, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.:

David A. Huch  
Law Offices of David A. Huch  
7040 Avenida Encinas, Suite 104  
Carlsbad, California  92011

Todd J. Hilts  
Law Office of Todd J. Hilts  
2214 Second Avenue  
San Diego, California  92101

*/s/James H. Hanson.*  
James H. Hanson

SCOPELITIS, GARVIN, LIGHT,  
  HANSON & FEARY, P.C.  
10 West Market Street, Suite 1500  
Indianapolis, Indiana 46204  
(317) 637-1777

c:\docume~1\lnewton\locals~1\temp\xpgrpwise\joint mot reschedule eme conf.doc