cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>                Plaintiff,<br>v.<br><br>DIAKON LOGISTICS, INC., a Foreign Corporation,<br><br>                Defendants.<br>AND ALL COUNTER-CLAIMS. | Civil No.08cv0033 L (AJB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE |

      Defendant/Counterclaimant/Third-Party Plaintiff, Diakon Logistics (Delaware) Inc. ("Diakon") and Plaintiff/Counterclaim Defendant, Josue Soto ("Soto"), by counsel, having requested the Court to reschedule the Early Neutral Evaluation ("ENE") Conference currently scheduled for February 26, 2008; and the Court, being duly advised, now finds that said Motion should be GRANTED.  IT IS, THEREFORE, ORDERED that the ENE Conference presently scheduled for February 26, 2008, is hereby continued to ***March 12, 2008, at 10:00 a.m.***  Plaintiff's brief is now due to be lodged and served on or before February 27, 2008.  Defendant's brief is now due to be lodged and served on or before March 5, 2008. IT IS SO ORDERED.

DATED: February 7, 2008

                                                                     _/s/ Battaglia_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court