Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile  (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile  (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated,
on Behalf of All Other Aggrieved Employees, and on Behalf of the General Public

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public, | Case No.  08-CV-0033 L (AJB) |
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive, | Date:  April 7, 2008 |
| | Time: 10:30 a.m. |
| | Judge: Hon. M. James Lorenz |
| Defendants. | Dpt: 14 |
| | Original Complaint Filed: 12/5/2007 |
| AND ALL COUNTER-CLAIMS | |

– 1 –

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 7, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 14 of the above-entitled Court, located at 880 Front Street, San Diego, California, 92101, Plaintiff JOSUE SOTO will, and hereby does, move this Court to dismiss Defendant's counterclaim for failure to state a claim upon which relief can be granted (Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all matters in the Court's file, other matters of which this Court may take judicial notice, and any other oral and documentary evidence and argument as may be presented prior to, or at the hearing of, this motion.


DATED:  February 8, 2008                    EMGE & ASSOCIATES


                                            _____/s/_____
                                            Derek J. Emge
                                            550 West "C" Street, Suite 1600
                                            San Diego, CA  92101

                                            LAW OFFICE OF TODD J. HILTS
                                            Todd J. Hilts
                                            2214 2nd Ave
                                            San Diego, CA 92101

                                            LAW OFFICES OF DAVID A. HUCH
                                            David A. Huch
                                            7040 Avenida Encinas, Suite 104
                                            Carlsbad, CA 92011

                                            Attorneys for Plaintiff, JOSUE SOTO,
                                            Individually, on behalf of all others similarly
                                            situated, all aggrieved employees, and on
                                            behalf of the General Public, and attorneys for
                                            Third-Party Defendant SAYBE'S LLC