Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile  (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile  (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, on Behalf of All Other Aggrieved Employees, and on Behalf of the General Public

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____<br><br>AND ALL COUNTER-CLAIMS<br>_____ | Case No.  08-CV-0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWL OF MOTION TO DISMISS [DOC. NO. 18]**<br><br>Date: April 7, 2008<br>Time: 10:30 a.m.<br>Judge: Hon. M. James Lorenz<br>Dpt: 14<br><br>Original Complaint Filed: 12/5/2007 |

- 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 8, 2008 Plaintiff/counter defendant erroneously filed a Motion to Dismiss [Doc. No. 18] and hereby withdraws that motion. A new, corrected Motion to Dismiss, simply adding SAYBE'S LLC as a moving party, will by filed.

DATED: February 8, 2008                EMGE & ASSOCIATES

     s/   Derek J. Emge
DEREK J. EMGE
550 West "C" Street, Suite 1600
San Diego, CA  92101

LAW OFFICE OF TODD J. HILTS
Todd J. Hilts
2214 2nd Ave
San Diego, CA 92101

LAW OFFICES OF DAVID A. HUCH
David A. Huch
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011

Attorneys for Plaintiff, JOSUE SOTO, Individually, on behalf of all others similarly situated, all aggrieved employees, and on behalf of the General Public, and attorneys for Third-Party Defendant SAYBE'S LLC

- 2 -