LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile  (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile  (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public, | CIVIL NO.  08-CV-0033-L-AJB |
| Plaintiff, | **CLASS ACTION** |
| v. | **CERTIFICATE OF SERVICE** |
| DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND ALL COUNTER-CLAIMS | |

- 1 -

**CERTIFICATE OF SERVCE**
**08-CV-0033-L-AJB**

IT IS HEREBY CERTIFIED THAT:

I, Derek J. Emge, am a citizen of the United States and am at least eighteen years of age. My business address is 550 W. C Street, Suite 1600, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM AS TO JOSUE SOTO AND THIRD PARTY COMPLAINT AS TO SAYBEE'S LLC**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**James H. Hanson**
**Robert L. Browning**
**R. Jay Taylor Jr.**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
**10 West Market Street, Suite 1500**
**Indianapolis, IN 46204**

**Christopher C. McNatt, Jr.**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
**2 North Lake Avenue, Suite 460**
**Pasadena, CA 91101**

**Todd J. Hilts, Esq.**
**LAW OFFICE OF TODD J. HILTS**
**2214 Second Ave.**
**San Diego, CA 92101**

**David A. Huch**
**LAW OFFICES OF DAVID A. HUCH**
**7040 Avenida Encinas, Suite 104**
**Carlsbad, CA 92011**

I hereby certify that I have caused to be mailed the forgoing, by the United States Postal Service, to the following non-ECF participants on this case:

**N/A**

the last known address, at which place there is delivery service from the United States Postal Service.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed on this day, February 8, 2008.

                                                ____s/ Derek Emge_____
                                                DEREK J. EMGE

**CERTIFICATE OF SERVCE**
**08-CV-0033-L-AJB**