Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile  (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile  (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, on Behalf of All Other Aggrieved Employees, and on Behalf of the General Public

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public, | Case No. 08-CV-0033 L (AJB) |
| | **CLASS ACTION** |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Original Complaint Filed: 12/5/2007 |
| DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND ALL COUNTER-CLAIMS | |

- 1 -

IT IS HEREBY CERTIFIED THAT:

    I, David A. Huch, am a citizen of the United States and am at least eighteen years of age. My business address is Law Offices of David A. Huch, 7040 Avenida Encinas, Suite 104, Carlsbad, CA 92011. I am not a party to the above entitled action. I have caused service of:

**PLAINTIFF'S REPLY BREIF IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM AS TO JOSUE SOTO AND THIRD PARTY COMPLAINT AS TO SAYBE'S LLC PURSUANT TO FED. R. CIV. P. 12(b)(6)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    **James H. Hanson**
    **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
    Email: jhanson@scopelitis.com

    **Christopher C. McNatt, Jr.**
    **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
    Email: cmcnatt@scopelitis.com

    **Attorneys for Defendant,**
    DIAKON LOGISTICS (DELAWARE), INC

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

    I declare under penalty of perjury under the laws of the United States of America that the the foregoing is true and correct as executed on this 28th day of March 2008.

                                            s/ David A. Huch_____
                                            DAVID A. HUCH