1 | Todd J. Hilts, Esq. SBN 190711
**LAW OFFICES OF TODD J. HILTS**
2 | 2214 Second Avenue
San Diego, California 92101
3 | Tel: (619) 531-7900
Fax: (619) 531-7904
4 |
Derek J. Emge (CSB No. 161105)
5 | EMGE & ASSOCIATES
550 West C Street, Ste. 1600
6 | San Diego, CA 92101
Tel: (619) 595-1400
7 | Fax: (619) 595-1480

8 | David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
9 | 7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
10 | Tel: (760) 402-9528
Fax: (750) 683-3245
11 |
12 | Attorney for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public )<br>)<br>)<br>) | CIVIL NO. 08CV0033 L (AJB) |
| Plaintiff, )<br>)<br>) | **CLASS ACTION** |
| v. )<br>)<br>)<br>) | **NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL (ATTORNEY TODD J. HILTS)** |
| DIAKON LOGISTICS (DELAWARE), INC.)<br>a foreign corp.; and DOES 1 through 50, )<br>inclusive, )<br>)<br>Defendants. )<br>_____ ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1  PLEASE TAKE NOTICE THAT: Attorney Todd J. Hilts of the law firm of the Law
2  Office of Todd J. Hilts (2214 Second Avenue, San Diego, CA 92101, telephone: (619) 531-7900,
3  fax: (619) 531-7904, email: hilts911@aol.com) hereby appears as counsel for Plaintiff JOSUE
4  SOTO in the above captioned district court action.

7  Dated: April 7, 2008                          LAW OFFICES OF TODD J. HILTS

9                                                  __s/ Todd J. Hilts_____
                                                    Todd J. Hilts, Esq.
10                                                  2214 Second Avenue
                                                    San Diego, CA 92101
11                                                  hilts911@aol.com

13                                                  ATTORNEY(S) FOR PLAINTIFF, JOSUE
                                                    SOTO, Individually, On Behalf of All Others
14                                                  Similarly Situated, and on Behalf of the
                                                    General Public