1  Todd J. Hilts, Esq. SBN 190711
   **LAW OFFICES OF TODD J. HILTS**
2  2214 Second Avenue
   San Diego, California 92101
3  Tel:  (619) 531-7900
   Fax: (619) 531-7904
4
   Derek J. Emge (CSB No. 161105)
5  EMGE & ASSOCIATES
   550 West C Street, Ste. 1600
6  San Diego, CA 92101
   Tel: (619) 595-1400
7  Fax: (619) 595-1480

8  David A. Huch (CSB No. 222892)
   LAW OFFICES OF DAVID A. HUCH
9  7040 Avenida Encinas, Suite 104
   Carlsbad, CA 92011
10 Tel: (760) 402-9528
   Fax: (750) 683-3245
11

12 Attorney for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public
13

14
                        **UNITED STATES DISTRICT COURT**
15
                        **SOUTHERN DISTRICT OF CALIFORNIA**
16

17
   JOSUE SOTO, Individually, On Behalf of      )      _____)
18 All Others Similarly Situated, and on       )
   Behalf of the General Public                )
19                                             )
                    Plaintiff,                 )
20                                             )      CIVIL NO. 08CV0033 L (AJB)
                                               )
21 v.                                          )      **CLASS ACTION**
                                               )
22                                             )      **CERTIFICATE OF SERVICE**
                                               )
23 DIAKON LOGISTICS (DELAWARE),INC.)
   a foreign corp.; and DOES 1 through 50,     )
24 inclusive,                                  )
                                               )
25                  Defendants.                )

26

27 IT IS HEREBY CERTIFIED THAT:
28

1  I, Miriam Villegas, am a citizen of the United States and am at least eighteen years of age.

2  My business address is 2214 Second Avenue, San Diego, California 92101. I am not a party to

3  the above entitled action. I have caused service of:

5  **NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL (Attorney Todd J. Hilts)**

7  on the following party by electronically notifies them:

8  Derek J. Emge
   EMGE & ASSOCIATES
9  Email: derek@inthelaw.com
   Attorneys for Plaintiff, Josue Soto

11  Christopher C McNatt, Jr.
    Scopelitis Garvin Light Hanson & Feary
12  Email: cmcnatt@scopelitis.com
    Attorneys for Defendant, Diakon Logistics, Inc.

14  I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

15  Service, to the following non-ECF participants on this case:

16  N/A

17  the last known address, at which place ther is delivery service of mail from the United States

18  Postal Service.

19  I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct as executed on this 8th Day of April 2008.

22  _s/ Miriam Villegas_____