Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile  (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile  (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

### IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public, <br><br> Plaintiff, <br><br> v. <br><br> DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive, <br><br> Defendants. | CIVIL NO. 08cv0033 L (AJB) <br><br> **CLASS ACTION** <br><br> **EX PARTE** APPLICATION TO ALLOW FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE OF COURT |

- 1 -

Plaintiff JOSUE SOTO ("Plaintiff") hereby moves the Court to direct the Clerk of the Court to file Plaintiff's First Amended Complaint without leave of court. Plaintiff's request is based upon this ex parte application, the accompanying declaration of Plaintiff's counsel, David A. Huch, and Exhibit "A" attached thereto, as well as the pleadings, records and files in this action.

## I.   PROCEDURAL HISTORY

Plaintiff JOSUE SOTO originally filed this action in the San Diego Superior Court, under Case No. 37-2007-00083029-CU-OE-CTL, on December 5, 2007. On January 4, 2008, Defendant DIAKON LOGISTICS (DELAWARE), INC. ("Defendant") removed this action to the U.S. District Court for the Southern District of California.

On December 21, 2007, two other individuals alleging that they were employees of Defendant filed a separate action entitled *Rashid et al. v. Diakon Logistics, Inc.*, in the San Francisco Superior Court, under Case No. CGC-07-470303. On January 25, 2008, Defendant removed the *Rashid et al. v. Diakon* case to the U.S. District Court for the Northern District of California, where it was assigned Case No. 3:2008cv00621.

## II.   ALL PARTIES HAVE STIPULATED TO LITIGATE BOTH CASES TOGETHER IN THE PRESENT ACTION, AS SET FORTH IN THE FIRST AMENDED COMPLAINT

The parties to both cases have met and conferred and have agreed that it is in all the parties' best interests to litigate the two related cases together in this action. On April 17, 2008, a stipulation was entered into between Plaintiff, Josue Soto; Plaintiffs, Ghazi Rashid and Mohamed Abdelfattah; and Defendant, DIAKON LOGISTICS (DELAWARE) INC. by and through their undersigned counsel. This stipulation is attached as **Exhibit "A"** to the Declaration of David A. Huch in Support of Plaintiff's Ex Parte Application to Allow Filing of Plaintiff's First Amended Complaint Without Leave of Court, filed concurrently herewith.

Pursuant to paragraph B. of the aforementioned stipulation, all parties have agreed that all claims, rights, actions and causes of action asserted by all Plaintiffs, including Ghazi Rashid and

Mohamed Abdelfattah, in the first amended complaint shall relate back to the original filing date in this action of December 5, 2007. Plaintiff has filed the First Amended Complaint in conjunction with the present ex parte application.

   Accordingly, Plaintiff moves for an order to direct the Clerk of the Court to file Plaintiff's First Amended Complaint without leave of court. Plaintiff also moves for an order confirming that all claims, rights, actions and causes of action asserted by all Plaintiffs, including Ghazi Rashid and Mohamed Abdelfattah, in the first amended complaint shall relate back to the original filing date in this action of December 5, 2007.

DATED: April 18, 2008      LAW OFFICES OF DAVID A. HUCH

              s/ David A. Huch
              DAVID A. HUCH

              Attorneys for Plaintiff,
              JOSUE SOTO
              Email: dhuch@onebox.com