Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile  (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile  (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>        Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CIVIL NO. 08cv0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DAVID A. HUCH IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO ALLOW FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE OF COURT** |

- 1 -

I, David A. Huch, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and the attorney of record herein for Plaintiff JOSUE SOTO in United States District Court, Southern District of California Civil Case No. 08CV0033 L (AJB). The following facts are known to me of my own personal knowledge and circumstances in the above entitled matter as they relate to this declaration, and if called upon, I could and would testify competently thereto.

2. Plaintiff JOSUE SOTO originally filed this action in the San Diego Superior Court, under Case No. 37-2007-00083029-CU-OE-CTL, on December 5, 2007. On January 4, 2008, Defendant DIAKON LOGISTICS (DELAWARE), INC. ("Defendant") removed this action to the U.S. District Court for the Southern District of California.

3. On December 21, 2007, two other individuals alleging that they were employees of Defendant filed a separate action entitled *Rashid et al. v. Diakon Logistics, Inc.*, in the San Francisco Superior Court, under Case No. CGC-07-470303. On January 25, 2008, Defendant removed the *Rashid et al. v. Diakon* case to the U.S. District Court for the Northern District of California, where it was assigned Case No. 3:2008cv00621.

4. The parties to both cases have met and conferred and have agreed that it is in all the parties' best interests to litigate the cases together in this action.

5. On April 17, 2008, a stipulation was entered into between Plaintiff, Josue Soto; Plaintiffs, Ghazi Rashid and Mohamed Abdelfattah; and Defendant, DIAKON LOGISTICS (DELAWARE) INC. by and through their undersigned counsel. A copy of the parties' aforementioned stipulation is attached hereto as **Exhibit "A."**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed on this 18th day of April 2008.

                                        s/ David A. Huch
                                        DAVID A. HUCH

# EXHIBIT "A"

Todd J. Hilts (CSB No. 190711)
LAW OFFICE OF TODD J. HILTS
2214 2nd Ave
San Diego, CA 92101
Telephone (619) 531-7900
Facsimile (619) 531-7904

Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile (619) 595-1480

David A. Huch (CSB No. 222892)
LAW OFFICES OF DAVID A. HUCH
7040 Avenida Encinas, Suite 104
Carlsbad, CA 92011
Telephone (760) 402-9528
Facsimile (760) 683-3245

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>   Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>   Defendants. | CIVIL NO. 08cv0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR RELIEF FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

- 1 -

This stipulation is entered into between Plaintiff, JOSUE SOTO: Plaintiffs, Ghazi Rashid and Mohamed Abdelfattah; and Defendant, DIAKON LOGISTICS (DELAWARE) INC. by and through their undersigned counsel.

1. Plaintiff, JOSUE SOTO, originally filed this action in the San Diego Superior Court, under Case No. 37-2007-00083029-CU-OE-CTL, on December 5, 2007. On January 4, 2008, Defendant removed this action to the U.S. District Court for the Southern District of California.

2. On December 21, 2007, two other individuals alleging that they were employees of Defendant filed a separate action entitled *Rashid et al. v. Diakon Logistics, Inc.*, in the San Francisco Superior Court, under Case No. CGC-07-470303. On January 25, 2008, Defendant removed the *Rashid et al. v. Diakon* case to the U.S. District Court for the Northern District of California, where it was assigned Case No. 3:2008cv00621.

3. The parties to both cases have met and conferred and have agreed that it is in all the parties' best interests to litigate the cases together in this action.

Accordingly, it is hereby stipulated by and between the parties hereto, through their respective counsel, as follows:

A. Without objection by Defendant, Plaintiff, JOSUE SOTO, will file a first amended complaint in this action, adding, as additional party plaintiffs, Ghazi Rashid and Mohamed Abdelfattah.

B. All claims, rights, actions and causes of action asserted by all Plaintiffs, including Ghazi Rashid and Mohamed Abdelfattah, in the first amended complaint shall relate back to the original filing date in this action of December 5, 2007.

C. Upon the filing of the first amended complaint, Plaintiffs, Ghazi Rashid and Mohamed Abdelfattah, shall dismiss, without prejudice, their Class Action Complaint, which is pending in the Northern District of California, in exchange for a waiver of costs from Defendant.

- 2 -

**IT IS SO STIPULATED.**

DATED: April 17, 2008

LAW OFFICES OF DAVID A. HUCH

_____
David A. Huch

Attorneys for Plaintiff, JOSUE SOTO, Individually, on behalf of all others similarly situated, and on behalf of the General Public

DATED: April 17, 2008

THE MICHAEL LAW FIRM

_____
Issa J. Michael

Attorneys for Plaintiffs, Ghazi Rashid and Mohamed Abdelfattah, Individually, on behalf of all others similarly situated, and on behalf of the General Public

DATED: April 17, 2008

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY

_____
James H. Hanson

Attorneys for Defendant, DIAKON LOGISTICS (DELAWARE) INC.

- 3 -

STIPULATION FOR RELIEF FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
08cv0033 L (AJB)