1  
2  Todd J. Hilts (CSB No. 190711)  
   LAW OFFICE OF TODD J. HILTS  
3  2214 2nd Ave  
   San Diego, CA 92101  
4  Telephone (619) 531-7900  
   Facsimile (619) 531-7904  
5  

6  Derek J. Emge (CSB No. 161105)  
   EMGE & ASSOCIATES  
7  550 West C Street, Ste. 1600  
   San Diego, CA 92101  
8  Telephone (619) 595-1400  
   Facsimile (619) 595-1480  
9  

10 David A. Huch (CSB No. 222892)  
   LAW OFFICES OF DAVID A. HUCH  
11 7040 Avenida Encinas, Suite 104  
   Carlsbad, CA 92011  
12 Telephone (760) 402-9528  
   Facsimile (760) 683-3245  
13  

14 Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public  

15  

16            IN THE UNITED STATES DISTRICT COURT  

              SOUTHERN DISTRICT OF CALIFORNIA  
17  

18 | JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public, | ) | CIVIL NO. 08cv0033 L (AJB) |

| | ) | |
| | ) | **CLASS ACTION** |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

- 1 -

CERTIFICATE OF SERVICE  
08cv0033 L (AJB)

IT IS HEREBY CERTIFIED THAT:

I, David A. Huch, am a citizen of the United States and am at least eighteen years of age. My business address is 7040 Avenida Encinas, Suite 104, Carlsbad, California 92011. I am not a party to the above entitled action. I have caused service of:

**EX PARTE APPLICATION TO ALLOW FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE OF COURT; DECLARATION OF DAVID A. HUCH IN SUPPORT THEREOF (INCLUDING EXHIBIT "A").**

on the following party(ies) by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Derek J. Emge**
**EMGE & ASSOCIATES**
Email: derek@inthelaw.com
Attorneys for Plaintiff, Josue Soto

**Todd J. Hilts**
**LAW OFFICE OF TODD J. HILTS**
Email: tjhilts@hiltslaw.com
Attorneys for Plaintiff, Josue Soto

**James H Hanson**
**Scopelitis Garvin Light Hanson & Feary**
Email: jhanson@scopelitis.com
Attorneys for Defendant, Diakon Logistics (DELAWARE), Inc.

**Christopher C McNatt, Jr**
**Scopelitis Garvin Light Hanson & Feary**
Email: cmcnatt@scopelitis.com
Attorneys for Defendant, Diakon Logistics (DELAWARE), Inc.

**R. Jay Taylor , Jr**
**Scopelitis Garvin Light Hanson & Feary**
Email: jtaylor@scopelitis.com
Attorneys for Defendant, Diakon Logistics (DELAWARE), Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**Issa J. Michael, Esq.**
**THE MICHAEL LAW FIRM**
**1648 Union Street, Suite 201**
**San Francisco, CA 94123**
**Attorneys for Plaintiffs,**
**Ghazi Rashid and Mohamed Abdelfattah**

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the the foregoing is true and correct as executed on this 18th day of April 2008.

s/ David A. Huch_
DAVID A. HUCH