UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>  Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC.,<br><br>  Defendant,<br><br>AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT. | Civil No. 08cv33-L(AJB)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to the parties' stipulation filed April 18, 2008 and Federal Rule of Civil Procedure 15(a)(2), Plaintiff's ex parte application is **GRANTED**. Any response to the first amended complaint shall be filed within the time provided in Rule 15(a)(3).

**IT IS SO ORDERED**.

DATED: April 21, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08cv33