Issa J. Michael, Esq. (State Bar Number 184256)
**THE MICHAEL LAW FIRM**
1648 Union Street, Suite 201
San Francisco, CA 94123
Telephone: (415) 447-2833
Facsimile: (415) 447-2834
Email: imichaelesq@yahoo.com

Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 08-CV-0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE BY PLAINTIFFS' COUNSEL (ATTORNEY ISSA J. MICHAEL)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT: Attorney Issa J. Michael of The Michael Law Firm (1648 Union Street, Suite 201, San Francisco, CA 94123; Telephone (415) 447-2833; Fax (415) 447-2834; email imichaelesq@yahoo.com ) hereby appears as counsel for Plaintiffs JOSUE SOTO, GHAZI RASHID, and MOHAMED ABDELFATTAH, in the above-captioned district court action.

| | |
|---|---|
| 1    DATED: April 21, 2008 | THE MICHAEL LAW FIRM |
| 2 | |
| 3 | By   /s/Issa J. Michael |
|  | Attorney for Plaintiffs, |
|  | JOSUE SOTO, GHAZI RASHID, |
| 4 | MOHAMED ABDELFATTAH, |
|  | On Behalf of All Others Similarly |
| 5 | Situated, and on Behalf of the |
|  | General Public |
| 6 | E-mail: imichaelesq@yahoo.com |

- 2 –
NOTICE OF APPEARANCE BY PLAINTIFFS' COUNSEL (ATTORNEY ISSA J. MICHAEL)
**Case No. 08-CV-0033 L (AJB)**