Issa J. Michael, Esq. (State Bar Number 184256)
**THE MICHAEL LAW FIRM**
1648 Union Street, Suite 201
San Francisco, CA 94123
Telephone: (415) 447-2833
Facsimile:  (415) 447-2834
Email:  imichaelesq@yahoo.com

Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Others Similarly Situated, and on Behalf of the General Public

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>    Plaintiffs,<br><br>vs.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.  08-CV-0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Issa J. Michael, am a citizen of the United States and am at least eighteen years of age.  My business address is 1648 Union Street, Suite 201, San Francisco, California 94123.  I am not a party to the above entitled action.  I have caused service of:

**NOTICE OF APPEARANCE**

on the following party(ies) by electronically filing the foregoing with the Clerk of the District Court using its EFC System, which electronically notifies them:

1   **David A. Huch**
    **LAW OFFICES OF DAVID A. HUCH**
2   **Email: dhuch@onebox.com**
    **Attorneys for Plaintiff, Josue Soto**
3

4   **Derek J. Emge**
    **EMGE & ASSOCIATES**
    **Email: Derek@inthelaw.com**
5   **Attorneys for Plaintiff, Josue Soto**

6
    **Todd J. Hilts**
7   **LAW OFFICES OF TODD J. HILTS**
    **Email: tjhilts@hiltslaw.com**
8   **Attorneys for Plaintiff, Josue Soto**

9   **James H. Hanson**
    **Scopelitis, Garvin, Light, Hanson & Feary**
10  **Email: jhanson@scopelitis.com**
    **Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**
11

    **Christopher C. McNatt, Jr.**
12  **Scopelitis, Garvin, Light, Hanson & Feary**
    **Email: cmcnatt@scopelitis.com**
13  **Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**

14
    **R. Jay Taylor, Jr.**
15  **Scopelitis, Garvin, Light, Hanson & Feary**
    **Email: jtaylor@scopelitis.com**
16  **Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**

17

18
    I declare under penalty of perjury under the laws of the United States of America that the
19
    foregoing is true and correct as executed on this 24th day of April, 2008.
20

21
                                    s/Issa J. Michael
22                                  ISSA J. MICHAEL

23

24

25

26

27

28