cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>                Plaintiff,<br>v.<br><br>DIAKON LOGISTICS, INC., a Foreign Corporation,<br><br>                Defendants.<br>AND ALL COUNTER-CLAIMS. | Civil No.08cv0033 L (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On April 25, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Derek Enge, Esq. and Todd Hilts, Esq. on behalf of plaintiff; Jim Hansen, Esq. and Chris McMatt, Esq. on behalf of defendant.

Counsel report that the amended complaint has brought the Northern California plaintiffs into this action. As a result, the Northern District of California case has been dismissed. Counsel feel that the matter is ready to proceed with initial disclosure and a process leading toward the setting of final dates.

Counsel have agreed that initial disclosure will take place on *May 16, 2008.* The Court will hold a Case Management Conference on *May 30, 2008 at 9:00 a.m.* to set a schedule for the action. Counsel will submit a joint discovery plan in advance of that date. The schedule then issued, will include a

telephonic Settlement Status Conference on 60 day intervals, to monitor the parties progress and their readiness of the case to set settlement proceedings.

IT IS SO ORDERED.

DATED: April 30, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court