SCOPELITIS, GARVIN, LIGHT,
  HANSON & FEARY, P.C.
James H. Hanson, *Pro Hac Vice,* Ind. Bar No. 08100-49
jhanson@scopelitis.com
Robert L. Browning, *Pro Hac Vice,* Ind. Bar No. 15128-49
rbrowning@scopelitis.com
R. Jay Taylor, Jr., *Pro Hac Vice,* Ind. Bar No. 19693-53
jtaylor@scopelitis.com
10 West Market Street, Suite 1500
Indianapolis, IN 46204
(317) 637-1777
Fax:  (317) 687-2414

SCOPELITIS, GARVIN, LIGHT,
  HANSON & FEARY, LLP
Christopher C. McNatt, Jr., Cal. Bar No. 174559
cmcnatt@scopelitis.com
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax:  (626) 795-4790

Attorneys for Defendant, DIAKON LOGISTICS (DELAWARE), INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, on behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public,<br><br>　　　　Plaintiffs/Counterdefendant,<br>　v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants/Counterplaintiff. | **CASE NO. 08-CV-0033-L-AJB**<br><br>**CLASS ACTION**<br><br>**DIAKON LOGISTICS (DELAWARE) INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>The Honorable Judge M. James Lorenz<br>Location:　　Courtroom 14<br>Hearing Date: July 14, 2008<br>Time:　　　　10:30 a.m. |
| DIAKON LOGISTICS (DELAWARE) INC.,<br>　　　　Third-Party Plaintiff,<br>　vs.<br>SAYBE'S, LLC,<br>　　　　Third-Party Defendant | |

NOTICE IS HEREBY GIVEN that on July 14, 2008 at 10:30 a.m. or as soon thereafter as the matter may be heard in Courtroom 14 of the United States District Court for the Southern District of California, Defendant/Counterplaintiff, Diakon Logistics (Delaware) Inc. ("Diakon"), will request that the Court dismiss the claims asserted by Plaintiffs, Josue Soto, Ghazi Rashid, and Mohamed Abdelfattah, in their individual capacities as stated in their First Amended Complaint.

Diakon's Motion to Dismiss is brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs cannot maintain their claims against Diakon because they are not real parties in interest under Rule 17 of the Federal Rules of Civil Procedure. With the limited exception of Soto from May 4 to November 2, 2005, Plaintiffs never contracted directly with Diakon. Instead, they each formed separate business entities, and those entities in turn entered into Service Agreements with Diakon. Because Plaintiffs are not parties to the Service Agreements with Diakon, having signed in their representative capacities only, they are not real parties in interested under the Service Agreements and may not sue Diakon directly under those agreements. Consequently, the Court should dismiss their claims against Diakon.

This Motion to Dismiss is based upon this Notice and Motion, the Memorandum of Points and Authorities in Support of Diakon's Motion for Summary Judgment served concurrently herewith, and five supporting exhibits referenced in the Memorandum.

Respectfully submitted,

SCOPELITIS, GARVIN, LIGHT,
 HANSON & FEARY, P.C.

*s/James H. Hanson*
James H. Hanson
Robert L. Browning
R. Jay Taylor, Jr.
Christopher C. McNatt, Jr.

1
2
          Attorneys for Defendant,
          Diakon Logistics (Delaware) Inc.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on May 5, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Derek J. Emge  
Emge & Associates  
550 West C Street, Suite 1600  
San Diego, California  92101

David A. Huch  
Law Offices of David A. Huch  
7040 Avenida Encinas, Suite 104  
Carlsbad, California  92011

Todd J. Hilts  
Law Office of Todd J. Hilts  
2214 Second Avenue  
San Diego, California  92101

*s/James H. Hanson*  
James H. Hanson

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY  
10 West Market Street, Suite 1500  
Indianapolis, Indiana 46204  
(317) 637-1777  
(317) 687-2414 Fax  
e-mail: jhanson@scopelitis.com