Case 3:08-cv-00033-L-AJB    Document 36-4    Filed 05/05/2008    Page 1 of 4

(B-1)

# EXHIBIT B

# BUSINESS ENTITY INFORMATION

B-1

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of May 2, 2008 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| SAYBE'S, LLC | | |
| **Number:** 200515810293 | **Date Filed:** 5/31/2005 | **Status:** active |
| **Jurisdiction:** CALIFORNIA | | |
| Address | | |
| 826 DALLS ST | | |
| LA MESA, CA 91942 | | |
| Agent for Service of Process | | |
| JOSUE SAYBE SOTO | | |
| 826 DALLS ST | | |
| LA MESA, CA 91942 | | |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

B-2



**California Business Portal**
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 02, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| RASHID TRUCKING INC. |||
| **Number:** C2755777 | **Date Filed:** 7/8/2005 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| GHAZI RASHID |||
| 3909 WAYBRIDGE WAY |||
| ANTELOPE, CA 95843 |||
| Agent for Service of Process |||
| GHAZI RASHID |||
| 3909 WAYBRIDGE WAY |||
| ANTELOPE, CA 95843 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

B-3



**California Business Portal**
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of MAY 02, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ABDUL TRUCKING INC. | | |
| **Number:** C2675803 | **Date Filed:** 9/24/2004 | **Status:** suspended |
| **Jurisdiction:** California | | |
| Address | | |
| 8437 BRAMBLE BUSH CIRCLE | | |
| ANTELOPE, CA 95843 | | |
| Agent for Service of Process | | |
| MOHAMMAD ABDEL FATTAH | | |
| 8437 BRAMBLE BUSH CIRCLE | | |
| ANTELOPE, CA 95843 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

B-4