cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>    Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS, INC., a Foreign Corporation,<br><br>    Defendants.<br><br>AND ALL COUNTER-CLAIMS. | Civil No.08cv0033 L (AJB)<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Due to the pending Motion to Dismiss before Judge Lorenz, the May 30, 2008 Case Management Conference is hereby continued to ***July 21, 2008 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: May 9, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court