# EXHIBITS

## Table of Contents

|  | Page |
|---|---|
| Exhibit A – Service Agreement between Diakon and Abdul Trucking dated October 13, 2004 | 1 |
| Exhibit B – Service Agreement between Diakon and Abdul Trucking dated October 9, 2005 | 15 |
| Exhibit C – Service Agreement between Diakon and Abdul Trucking dated July 31, 2006 | 36 |
| Exhibit D – Service Agreement between Diakon and Rashid Trucking dated July 15, 2005 | 54 |
| Exhibit E – Service Agreement between Diakon and Rashid Trucking dated May 26, 2006 | 71 |