1  Derek J. Emge (CSB No. 161105)
   EMGE & ASSOCIATES
2  550 West C Street, Ste. 1600
   San Diego, CA 92101
3  Telephone (619) 595-1400
4  Facsimile  (619) 595-1480

5  Issa J. Michael (CSB No. 184256)
   THE MICHAEL LAW FIRM
6  1648 Union St #201
   San Francisco, CA 94123
7  Telephone (415) 447-2833
8  Facsimile (415) 447-2834

9  Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On
   Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public
10 [Additional Counsel on Signature Page]

11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14 | JOSUE SOTO, GHAZI RAHID, MOHAMED              )  **Case No.  08-CV-0033 L (AJB)**
   | ABDELFATTAH, On Behalf of All Aggrieved       )
15 | Employees, All Others Similarly Situated, and )  **CLASS ACTION**
   | the General Public,                           )
16 |                                               )
   |                                               )  **PLAINTIFF'S NOTICE OF MOTION AND**
17 |                Plaintiff,                     )  **MOTION TO DISMISS AMENDED**
   |                                               )  **COUNTERCLAIM AS TO JOSUE SOTO**
18 | v.                                            )  **PURSUANT TO FED. R. CIV. P. 12(b)(6)**
   |                                               )
19 | DIAKON LOGISTICS (DELAWARE), INC., a           )  Date: July 21, 2008
20 | foreign corp.; and DOES 1 through 50,          )  Time: 10:30 a.m.
   | inclusive,                                    )  Judge: Hon. M. James Lorenz
21 |                                               )  Dpt: 14
   |                Defendants.                    )
22 |                                               )  Original Complaint Filed: 12/5/2007
   | _____         )
23 | AND ALL COUNTER-CLAIMS                        )
24 | _____         )

25

26

27

28                                - 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 21, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 14 of the above-entitled Court, located at 880 Front Street, San Diego, California, 92101, Plaintiff/Cross Defendant JOSUE SOTO will, and hereby does, move this Court to dismiss Defendant's amended counterclaim for failure to state a claim upon which relief can be granted (Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all matters in the Court's file, other matters of which this Court may take judicial notice, and any other oral and documentary evidence and argument as may be presented prior to, or at the hearing of, this motion.

DATED: May 29, 2008                             EMGE & ASSOCIATES

                                                  ____s/  Derek J. Emge_____
                                                  DEREK J. EMGE
                                                  550 West "C" Street, Suite 1600
                                                  San Diego, CA  92101

                                                  LAW OFFICE OF TODD J. HILTS
                                                  Todd J. Hilts
                                                  2214 2nd Ave
                                                  San Diego, CA 92101

                                                  LAW OFFICES OF DAVID A. HUCH
                                                  David A. Huch
                                                  7040 Avenida Encinas, Suite 104
                                                  Carlsbad, CA 92011

                                                  THE MICHAEL LAW FIRM
                                                  Issa J. Michael
                                                  1648 Union St #201
                                                  San Francisco, CA 94123

                                                  Attorneys for Plaintiff, JOSUE SOTO, GHAZI RAHID, MOHAMED ABDELFATTAH, On Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public

- 2 -