Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

Issa J. Michael (CSB No. 184256)
THE MICHAEL LAW FIRM
1648 Union St. #201
San Francisco, CA 94123
Telephone (415) 447-2833
Facsimile (415) 447-2834

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated, and on Behalf of the General Public
[Additional counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants.<br>_____<br>AND ALL COUNTER-CLAIMS<br>_____ | CIVIL NO.  08-CV-0033-L-AJB<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

- 1 -

IT IS HEREBY CERTIFIED THAT:

    I, Derek J. Emge, am a citizen of the United States and am at least eighteen years of age. My business address is 550 W. C Street, Suite 1600, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of:

    **Plaintiff's Motion to Dismiss Amended Counterclaim**
    **Plaintiff's Points & Authorities in Support Thereof**

on the interested parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    **James H. Hanson**
    **Robert L. Browning**
    **R. Jay Taylor Jr.**
    **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
    **10 West Market Street, Suite 1500**
    **Indianapolis, IN 46204**

    **Christopher C. McNatt, Jr.**
    **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
    **2 North Lake Avenue, Suite 460**
    **Pasadena, CA 91101**

    **Todd J. Hilts, Esq.**
    **LAW OFFICE OF TODD J. HILTS**
    **2214 Second Ave.**
    **San Diego, CA 92101**

    **David A. Huch**
    **LAW OFFICES OF DAVID A. HUCH**
    **7040 Avenida Encinas, Suite 104**
    **Carlsbad, CA 92011**

**Issa J. Michael**
**THE MICHAEL LAW FIRM**
**1648 Union St. #201**
**San Francisco, CA 94123**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed on this day, May 29, 2008

                                                          /s/ Derek J. Emge

                                                          DEREK J. EMGE