UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public, <br><br> Plaintiff, <br><br> v. <br><br> DIAKON LOGISTICS (DELAWARE), INC., <br><br> Defendant, <br> _____ <br><br> AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT. <br> _____ | Civil No. 08cv33-L(AJB) <br><br> **ORDER DENYING AS MOOT MOTION TO DISMISS COUNTERCLAIM AND THIRD-PARTY COMPLAINT** |

Currently pending before the court is Cross-Defendant Josue Soto's ("Soto") motion to dismiss counterclaim and Third-Party Defendant Saybe's LLC's ("Saybe's") motion to dismiss third-party complaint (both doc. no. 20). Subsequently, Counterclaimant and Third-Party Plaintiff Diakon Logistics (Delaware), Inc. ("Diakon") filed an amended counterclaim and an amended third-party complaint. An amended complaint supersedes a prior complaint as a pleading. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990). A district court may treat as moot a pending motion to dismiss a superseded pleading. Accordingly, Soto's motion to dismiss the counterclaim and Saybe's motion to dismiss the third-party complaint (both doc no. 20) are

/ / / / /

1  hereby **DENIED AS MOOT**.  This order is **WITHOUT PREJUDICE** to filing motions to

2  dismiss the amended counterclaim or the amended third-party complaint.

3      **IT IS SO ORDERED**.

5  DATED: June 9, 2008

                                              M. James Lorenz
                                              United States District Court Judge

7  COPY TO:

8  HON. ANTHONY J. BATTAGLIA
9  UNITED STATES MAGISTRATE JUDGE

10  ALL PARTIES/COUNSEL