Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

Issa J. Michael (CSB No. 184256)
THE MICHAEL LAW FIRM
1648 Union St #201
San Francisco, CA 94123
Telephone (415) 447-2833
Facsimile (415) 447-2834

Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On
Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RAHID, MOHAMED ABDELFATTAH, On Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public, <br><br> Plaintiffs and Counterclaim Defendants, <br> vs. <br> DIAKON LOGISTICS (DELAWARE), INC., a foreign corporation; <br><br> Defendant and Counterclaimant, <br> and <br> DOES 1 through 50, inclusive, <br> Defendants. <br>_____ <br> DIAKON LOGISTICS (DELAWARE) INC., <br> Third-Party Plaintiff, <br> vs. <br> SAYBE'S, LLC, ABDUL TRUCKING, INC., and RASHID TRUCKING, INC. <br> Third-Party Defendants. <br>_____ | Case No.  08-CV-0033 L (AJB) <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED THIRD PARTY COMPLAINT OF DIAKON LOGISTICS (DELAWARE), INC. AGAINST SAYBE'S, LLC, ABDUL TRUCKING, INC., AND RASHID TRUCKING, INC. PURSUANT TO FED. R. CIV. P. 12(b)(6)** <br><br> Date:    August 11, 2008 <br> Time:   10:30 a.m. <br> Judge:  Hon. M. James Lorenz <br> Dept:   14 <br><br> Original Complaint Filed: 12/5/2007 |

– 1 –

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 11, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 14 of the above-entitled Court, located at 880 Front Street, San Diego, California, 92101, Plaintiffs/Third-Party Defendants Josue Soto, Ghazi Rashid and Mohamed Abdelfattah will, and hereby do, move this Court to dismiss Third Party Plaintiff's First Amended Third-Party Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all matters in the Court's file, other matters of which this Court may take judicial notice, and any other oral and documentary evidence and argument as may be presented prior to, or at the hearing of, this motion.

DATED:  June 13, 2008                          ISSA J. MICHAEL

                                               s/Issa J. Michael_____

                                               THE MICHAEL LAW FIRM
                                               1648 Union St #201
                                               San Francisco, CA 94123

                                               EMGE & ASSOCIATES
                                               DEREK J. EMGE
                                               550 West "C" Street, Suite 1600
                                               San Diego, CA  92101

                                               LAW OFFICE OF TODD J. HILTS
                                               Todd J. Hilts
                                               2214 2nd Ave
                                               San Diego, CA 92101

                                               LAW OFFICES OF DAVID A. HUCH
                                               David A. Huch
                                               7040 Avenida Encinas, Suite 104
                                               Carlsbad, CA 92011

– 2 –

Attorneys for Plaintiffs, JOSUE SOTO,
GHAZI RAHID, MOHAMED
ABDELFATTAH and Third Party Defendants
SAYBE'S LLC, ABDUL TRUCKING, INC.
and RASHID TRUCKING, INC.

– 3 –