1  Derek J. Emge (CSB No. 161105)
   EMGE & ASSOCIATES
2  550 West C Street, Ste. 1600
   San Diego, CA 92101
3  Telephone (619) 595-1400
   Facsimile  (619) 595-1480
4

5  Issa J. Michael (CSB No. 184256)
   THE MICHAEL LAW FIRM
6  1648 Union St #201
   San Francisco, CA 94123
7  Telephone (415) 447-2833
   Facsimile (415) 447-2834
8

9  Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On
   Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public
10 [Additional Counsel on Signature Page]

11

12                       UNITED STATES DISTRICT COURT

13                       SOUTHERN DISTRICT OF CALIFORNIA

14 | JOSUE SOTO, GHAZI RAHID, MOHAMED       ) | **Case No.  08-CV-0033 L (AJB)**
15 | ABDELFATTAH, On Behalf of All Aggrieved ) |
   | Employees, All Others Similarly Situated, and ) | **CLASS ACTION**
16 | the General Public,                     ) |
                                             )
17 |         Plaintiff,                      ) | **CERTIFICATE OF SERVICE**
18 |                                         ) |
   | v.                                      ) |
19 |                                         ) |
   | DIAKON LOGISTICS (DELAWARE), INC., a    ) |
20 | foreign corp.; and DOES 1 through 50,   ) |
21 | inclusive,                              ) |
                                             ) |
22 |         Defendants.                     ) |
                                             ) |
23 | _____     ) |
24 | AND ALL COUNTER-CLAIMS AND THIRD        ) |
   | PARTY COMPLAINTS                        ) |
25 | _____       |

26

27

28

1  IT IS HEREBY CERTIFIED THAT:

2  I, Issa J. Michael, am a citizen of the United States and am at least eighteen years of

3  age. My business address is 1648 Union Street, Suite 201, San Francisco, California 94123. I

4  am not a party to the above entitled action. I have caused service of:

5  **Plaintiffs' Notice of Motion and Motion to Dismiss First Amended Third-Party Complaint Memorandum of Points and Authorities in Support Thereof**

6

7  on the following party(ies) by electronically filing the foregoing with the Clerk of the District

8  Court using its EFC System, which electronically notifies them:

9

10  **David A. Huch**
**LAW OFFICES OF DAVID A. HUCH**
11  Email: dhuch@onebox.com
**Attorneys for Plaintiff, Josue Soto**

12
**Derek J. Emge**
13  **EMGE & ASSOCIATES**
Email: Derek@inthelaw.com
14  **Attorneys for Plaintiff, Josue Soto**

15  **Todd J. Hilts**
**LAW OFFICES OF TODD J. HILTS**
16  Email: tjhilts@hiltslaw.com
**Attorneys for Plaintiff, Josue Soto**
17

18  **James H. Hanson**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
19  Email: jhanson@scopelitis.com
**Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**
20
**Christopher C. McNatt, Jr.**
21  **SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
Email: cmcnatt@scopelitis.com
22  **Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**

23  **R. Jay Taylor, Jr.**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
24  Email: jtaylor@scopelitis.com
**Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**
25

26  **Robert L. Browning**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
27  Email: rbrowning@scopelitis.com
**Attorneys for Defendant, Diakon Logistics (Delaware), Inc.**
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed on this 13th day of June, 2008.

<pre>
                                             s/Issa J. Michael
                                             ISSA J. MICHAEL
</pre>

- 3 –
CERTIFICATE OF SERVICE
**Case No. 08-CV-0033 L (AJB)**