UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public, <br><br> Plaintiff, <br><br> v. <br><br> DIAKON LOGISTICS (DELAWARE), INC., <br><br> Defendant, <br>_____ <br><br> AND RELATED COUNTERCLAIM AND THIRD-PARTY COMPLAINT. <br>_____ | Civil No. 08cv33-L(AJB) <br><br> **ORDER GRANTING JOINT MOTION TO CONSOLIDATE BRIEFING SCHEDULES AND HEARING DATES ON MOTIONS TO DISMISS** |

On June 24, 2008, the parties filed a Joint Motion to Consolidate Briefing Schedules and Hearing Dates on Motions to Dismiss, which seeks to consolidate the briefing and hearing on the motion to dismiss amended counterclaim, currently set for July 21, 2008 (doc. no. 41) and motion to dismiss amended third-party complaint, currently set for August 11, 2008 (doc. no. 45). Specifically, the parties request that the briefing and hearing on the motion to dismiss amended counterclaim be continued to the same dates as the briefing and hearing on the motion to dismiss amended third-party complaint. The two motions raise essentially the same challenges to the amended counterclaim and amended third-party complaint, both of which are based on an indemnification clause. For good cause shown, the joint motion is **GRANTED**.

/ / / / /

**IT IS HEREBY ORDERED** as follows:

1. The hearing on motion to dismiss amended counterclaim (doc. no. 41) is hereby **CONTINUED** to August 11, 2008 at 10:30 a.m.

2. Papers in opposition to motion to dismiss amended counterclaim and motion to dismiss amended third-party complaint shall be filed and served no later than July 28, 2008. In order to eliminate duplication, the arguments in opposition to both motions shall be contained in a single memorandum of points and authorities not to exceed twenty-five pages. *See* Civil Local Rule 7.1(h).

3. Reply papers as to both motions shall be filed and served no later than August 4, 2008. The reply arguments in support of both motions shall be contained in a single memorandum of points and authorities not to exceed ten pages. *See id*.

**IT IS SO ORDERED**.

DATED: June 25, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL