Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

Issa J. Michael (CSB No. 184256)
THE MICHAEL LAW FIRM
1648 Union St. #201
San Francisco, CA 94123
Telephone (415) 447-2833
Facsimile (415) 447-2834

Attorneys for Plaintiff, JOSUE SOTO, Individually, On Behalf of All Others Similarly Situated,
and on Behalf of the General Public
[Additional counsel on signature page]

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____<br>AND ALL COUNTER-CLAIMS<br>_____ | CIVIL NO.  08-CV-0033-L-AJB<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE |

**- 1 -**

IT IS HEREBY CERTIFIED THAT:

I, Derek J. Emge, am a citizen of the United States and am at least eighteen years of age. My business address is 550 W. C Street, Suite 1600, San Diego, CA 92101. I am not a party to the above-entitled action. I have caused service of:

**Plaintiff's Opposition to 12b6 Motion to Dismiss**
**Declaration of Derek J. Emge in support of Opposition**

on the interested parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**James H. Hanson**
**Robert L. Browning**
**R. Jay Taylor Jr.**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
**10 West Market Street, Suite 1500**
**Indianapolis, IN 46204**

**Christopher C. McNatt, Jr.**
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY**
**2 North Lake Avenue, Suite 460**
**Pasadena, CA 91101**

**Todd J. Hilts, Esq.**
**LAW OFFICE OF TODD J. HILTS**
**2214 Second Ave.**
**San Diego, CA 92101**

**David A. Huch**
**LAW OFFICES OF DAVID A. HUCH**
**7040 Avenida Encinas, Suite 104**
**Carlsbad, CA 92011**

- 2 -

**Issa J. Michael**
**THE MICHAEL LAW FIRM**
**1648 Union St. #201**
**San Francisco, CA 94123**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct as executed on this day, June 30, 2008

/s/ Derek J. Emge

DEREK J. EMGE

– **3** –