SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY
James H. Hanson, Pro Hac Vice, Ind. Bar No. 08100-49
jhanson@scopelitis.com
Robert L. Browning, Pro Hac Vice, Ind. Bar No. 15128-49
rbrowning@scopelitis.com
R. Jay Taylor Jr., Pro Hac Vice, Ind. Bar No. 19693-53
jtaylor@scopelitis.com
10 West Market Street, Suite 1500
Indianapolis, IN 46204
(317) 637-1777
Fax: (317) 687-2414

Christopher C. McNatt, Jr.
Cal. Bar No. 174559
cmcnatt@scopelitis.com
2 North Lake Avenue, Suite 460
Pasadena, CA 91101
(626) 795-4700
Fax: (626) 795-4790
**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, on Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public,<br>            Plaintiffs,<br>    vs.<br>DIAKON LOGISTICS (DELAWARE) INC., a foreign corporation; and<br>DOES 1 through 50, inclusive,<br>            Defendants. | **CASE NO. 08-CV-0033-L-AJB**<br><br>**CLASS ACTION** |
| DIAKON LOGISTICS (DELAWARE) INC.,<br>            Counterclaimant,<br>    vs.<br>JOSUE SOTO,<br>            Counterclaim Defendant. | **JOINT MOTION TO CONTINUE HEARING DATE ON DIAKON LOGISTICS (DELAWARE), INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| DIAKON LOGISTICS (DELAWARE) INC.,<br>            Third-Party Plaintiff,<br>    vs.<br>SAYBE'S, LLC, ABDUL TRUCKING, INC., and RASHID TRUCKING, INC.,<br>            Third-Party Defendants. | |

Defendant/Counterclaimant/Third-Party Plaintiff, Diakon Logistics (Delaware), Inc. ("Diakon") and Plaintiffs Josue Soto, Ghazi Rashid and Mohamed Abdelfattah, by and through their respective counsel, respectfully request that this Court continue the hearing date on the

1                                                                                      Case No. 08-CV-0033

presently pending Motion to Dismiss First Amended Complaint presently scheduled for July 14, 2008 to the new hearing date of August 11, 2008, for the following reasons:

1. Diakon filed its Motion to Dismiss on May 5, 2008 (Docket Entry No. 36), setting a hearing date of July 14, 2008.

2. Following the filing of Diakon's Motion to Dismiss, two additional Motions to Dismiss were filed; specifically Plaintiffs filed in this action as Docket Entry No. 41, Plaintiffs' Motion to Dismiss Amended Counterclaim as to Josue Soto Pursuant to Fed. R. Civ. P. 12(b)(6) and Plaintiffs filed in this action as Docket Entry No. 45, Plaintiffs' Motion to Dismiss First Amended Third Party Complaint of Diakon Logistics (Delaware), Inc. against Saybe's, LLC, Abdul Trucking, Inc., and Rashid Trucking, Inc., pursuant to Fed. R. Civ. P. 12(b)(6).

3. The hearing date on both Motions to Dismiss filed by Plaintiffs has been set as August 11, 2008 pursuant to an Order issued by this Court on June 25, 2008, Docket Entry No. 47.

4. The three pending motions address many similar legal and factual issues and it would conserve both the resources of this Court and of the parties if the hearing date on Diakon's motion is continued to August 11, 2008 so that Diakon's motion can be heard in conjunction with Plaintiffs' two pending motions.

5. In consideration of Plaintiffs' consent to continue the hearing date on Diakon's motion, Diakon has agreed to maintain the briefing schedule so that its reply brief to Plaintiffs' opposition will remain as set, July 7, 2008.

WHEREFORE, Plaintiffs and Diakon respectfully request that the hearing on Docket Entry No. 36, Diakon's Motion to Dismiss First Amended Complaint, be continued to August 11, 2008, to be held in conjunction with the hearing on Docket Entry No. 41, Plaintiffs' Motion to Dismiss Amended Counterclaim as to Josue Soto Pursuant to Fed. R. Civ. P. 12(b)(6) and Docket Entry No. 45, Plaintiffs' Motion to Dismiss First Amended Third Party Complaint of Diakon Logistics (Delaware), Inc. against Saybe's, LLC, Abdul Trucking, Inc., and Rashid Trucking, Inc., pursuant to Fed. R. Civ. P. 12(b)(6), and that the briefing schedule on Docket

1  Entry No. 36 be maintained so that Diakon's reply brief on the motion will be filed and served
2  no later than July 7, 2008.

3                                          Respectfully submitted:

4  Dated: July 2, 2008                     SCOPELITIS, GARVIN, LIGHT, HANSON
5                                          & FEARY, LLP

6                                      By: */s/ Christopher C. McNatt, Jr.*
                                           Christopher C. McNatt, Jr.
7                                          Attorneys for Defendant, Counterclaimant,
                                           and Third-Party Plaintiff Diakon Logistics
8                                          (Delaware), Inc.

9
10 Dated: July 2, 2008                     EMGE & ASSOCIATES

11                                     By: */s/ Derek J. Emge*
                                           Derek J. Emge
12                                         Attorneys for Plaintiff, Josue Soto, Ghazi
                                           Rashid, Mohamed Abdelfattah, On Behalf
13                                         of All Aggrieved Employees, All Other
                                           Similarly Situated, and the General Public
14

15
                           CERTIFICATE OF SERVICE
16

17      I hereby certify that a copy of the foregoing has been served electronically via the court's
18 ECF system upon the following counsel of record, this 2nd day of July, 2008:

19     Todd J. Hilts                          Derek J. Emge
       Law Office of Todd J. Hilts            Emge & Associates
20     2214 Second Avenue                     550 West C Street, Suite 1600
       San Diego, California  92101           San Diego, California  92101
21
       David A. Huch                          Issa Michael
22     Law Offices of David A. Huch           The Michael Law Firm
       7040 Avenida Encinas, Suite 104        1648 Union Street, Suite 201
23     Carlsbad, California  92011            San Francisco, California  94123

24
                                              */s/ Christopher C. McNatt, Jr.*
25                                            Christopher C. McNatt, Jr.

26
   H:\Users\mlazo\Documents\CMcNatt\010610 - Diakon\010610.72\Pleadings\Joint Motion to Continue Hearing Date on Diakon's Motion to Dismiss.doc
27

28

                                         3                        Case No. 08-CV-0033