

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| JOSUE SOTO Individually, on Behalf of All Others Similarly Situated, and on Behalf of the General Public,<br><br>        Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE) INC.,<br><br>        Defendant,<br><hr>AND RELATED COUNTERCLAIM AND THIRD PARTY COMPLAINT.<hr> | **CIVIL NO. 08cv33-L(AJB)**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON DIAKON LOGISTICS (DELAWARE), INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

19
20
21
22
23
24
25
26
27
28

On July 2, 2008 the parties filed a Joint Motion to Continue Hearing Date on Diakon Logistics (Delaware), Inc.'s Motion to Dismiss First Amended Complaint, which seeks to continue the hearing date on Diakon's Motion to Dismiss (doc. no. 36) from July 14, 2008 to the new hearing date of August 11, 2008, so that Diakon's motion can be heard in conjunction with the hearing on Plaintiffs' Motion to Dismiss Amended Counterclaim as to Josue Soto Pursuant to Fed. R. Civ. P. 12(b)(6) (doc. no. 41) and Plaintiffs' Motion to Dismiss First Amended Third Party Complaint of Diakon Logistics (Delaware), Inc. against Saybe's, LLC, Abdul Trucking, Inc., and Rashid Trucking, Inc., pursuant to Fed. R. Civ. P. 12(b)(6) (doc. no. 45).

The hearing date on both Motions to Dismiss filed by Plaintiffs has been set as August 11, 2008 pursuant to an Order issued by this Court on June 25, 2008 (doc. no. 47).  For good cause shown, the joint motion is **GRANTED**.

**IT IS HEREBY ORDERED** as follows:

1.    The hearing on Diakon's Motion to Dismiss First Amended Complaint (doc. no. 36), is **CONTINUED** to August 11, 2008 at 10:30 a.m.

2.    The reply papers on the motion shall be filed and served no later than July 7, 2008.

**IT IS SO ORDERED**

Dated:  July 3, 2008

M. James Lorenz
United States District Court Judge

*Copies to:*

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL