Derek J. Emge (CSB No. 161105)
EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

Issa J. Michael (CSB No. 184256)
THE MICHAEL LAW FIRM
1648 Union St #201
San Francisco, CA 94123
Telephone (415) 447-2833
Facsimile (415) 447-2834

Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____<br>AND ALL COUNTER-CLAIMS<br>_____ | Case No.  08-CV-0033 L (AJB)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  August 11, 2008<br>Time: 10:30 a.m.<br>Judge: Hon. M. James Lorenz<br>Dpt: 14<br><br>Original Complaint Filed: 12/5/2007 |

- 1 -

IT IS HEREBY CERTIFIED THAT:

I, David A. Huch, am a citizen of the United States and am at least eighteen years of age. My business address is 7040 Avenida Encinas, Suite 104, Carlsbad, California 92011. I am not a party to the above entitled action. I have caused service of:

**PLAINTIFF'S REPLY BREIF IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM AS TO JOSUE SOTO AND THIRD PARTY COMPLAINT AS TO SAYBE'S LLC, ABDUL TRUCKING, INC. AND RASHID TRUCKING, INC.**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

James H. Hanson
Scopelitis Garvin Light Hanson & Feary
Email: jhanson@scopelitis.com
Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff

Christopher C McNatt, Jr.
Scopelitis Garvin Light Hanson & Feary
Email: cmcnatt@scopelitis.com
Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff

R. Jay Taylor, Jr.
Scopelitis Garvin Light Hanson & Feary
Email: jtaylor@scopelitis.com
Attorneys for Defendant/Counterclaimant/Third-Party Plaintiff

Derek J. Emge
EMGE & ASSOCIATES
Email: derek@inthelaw.com
Attorneys for Plaintiffs/Counterdefendant/Third-Party Defendants

Issa J. Michael
THE MICHAEL LAW FIRM
Email: imichaelesq@yahoo.com
Attorneys for Plaintiffs/Counterdefendant/Third-Party Defendants

Todd J. Hilts
LAW OFFICES OF TODD J. HILTS
Email: tjhilts@hiltslaw.com
Attorneys for Plaintiffs/Counterdefendant/Third-Party Defendants

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**N/A**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the the foregoing is true and correct as executed on this 4th day of August 2008.

        s/ David A. Huch
        DAVID A. HUCH