UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO *et al*. Individually, on Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public,<br><br>    Plaintiffs,<br>v.<br>DIAKON LOGISTICS (DELAWARE), INC.,<br><br>    Defendant,<br>_____<br>AND RELATED AMENDED COUNTERCLAIM AND AMENDED THIRD-PARTY COMPLAINT.<br>_____ | Civil No. 08cv33-L(AJB)<br><br>**ORDER RE: ORAL ARGUMENT** |

  Currently scheduled on this court's calendar for August 11, 2008 are Defendant's motion to dismiss the first amended complaint and Plaintiffs' motions to dismiss the first amended counterclaim and the first amended third-party complaint. The court finds these motions suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on August 11, 2008 and the motions will be deemed submitted as of that date.

  **IT IS SO ORDERED**.

DATED: August 5, 2008

                     M. James Lorenz<br>
                     United States District Court Judge

1  COPY TO:

2  HON. ANTHONY J. BATTAGLIA
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28