1    EMGE & ASSOCIATES
     550 West C Street, Ste. 1600
2    San Diego, CA 92101
     Telephone (619) 595-1400
3    Facsimile  (619) 595-1480

4
     Issa J. Michael (CSB No. 184256)
5    THE MICHAEL LAW FIRM
     1648 Union St #201
6    San Francisco, CA 94123
     Telephone (415) 447-2833
7    Facsimile (415) 447-2834

8
     Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On
9    Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public

10              **IN THE UNITED STATES DISTRICT COURT**

11              **SOUTHERN DISTRICT OF CALIFORNIA**

12

13

14   JOSUE SOTO, GHAZI RASHID, MOHAMED )    **Case No.  08-CV-0033 L (AJB)**
     ABDELFATTAH, On Behalf of All Aggrieved )
15   Employees, All Others Similarly Situated, and )    **CLASS ACTION**
     the General Public,                      )
16                                            )
                      Plaintiffs,             )    **NOTICE OF CHANGE OF ADDRESS**
17   v.                                       )    **AND CONTACT INFORMATION**
                                              )    **(PLAINTIFF'S ATTORNEY,**
18   DIAKON LOGISTICS (DELAWARE), INC., a )    **DAVID A. HUCH)**
     foreign corp.; and DOES 1 through 50,   )
19   inclusive,                               )
                      Defendants.             )
20   _____ )
                                              )
21                                            )
     DIAKON LOGISTICS (DELAWARE) INC.,       )
22                   Third-Party Plaintiff,   )
            vs.                               )
23                                            )
     SAYBE'S, LLC, ABDUL TRUCKING, INC.,     )
24   and RASHID TRUCKING, INC.,              )
                      Third-Party Defendants. )
25   _____ )
26

27                            – 1 –

28

PLEASE TAKE NOTICE that effective September 22, 2008, counsel for Plaintiff, the Law Offices of David A. Huch, will have the following new address and contact information:

David A. Huch (SBN 222892)
LAW OFFICES OF DAVID A. HUCH
310 N. Indian Hill Blvd., Ste. 459
Claremont, CA 91711-4611

Telephone (888) 533-2899
Facsimile (909) 614-7008


DATED: September 16, 2008                LAW OFFICES OF DAVID A. HUCH


                                         s/David A. Huch___
                                         DAVID HUCH
                                         dhuch@onebox.com

                                         Attorneys for Plaintiffs, JOSUE SOTO, GHAZI
                                         RASHID, MOHAMED ABDELFATTAH, On Behalf
                                         of All Aggrieved Employees, All Others Similarly
                                         Situated, and the General Public

- 2 -