EMGE & ASSOCIATES
550 West C Street, Ste. 1600
San Diego, CA 92101
Telephone (619) 595-1400
Facsimile  (619) 595-1480

Issa J. Michael (CSB No. 184256)
THE MICHAEL LAW FIRM
1648 Union St #201
San Francisco, CA 94123
Telephone (415) 447-2833
Facsimile (415) 447-2834

Attorneys for Plaintiffs, JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE SOTO, GHAZI RASHID, MOHAMED ABDELFATTAH, On Behalf of All Aggrieved Employees, All Others Similarly Situated, and the General Public,<br><br>    Plaintiffs,<br>v.<br><br>DIAKON LOGISTICS (DELAWARE), INC., a foreign corp.; and DOES 1 through 50, inclusive,<br>    Defendants. | Case No.  08-CV-0033 L (AJB)<br><br>**CLASS ACTION**<br><br>CERTIFICATE OF SERVICE |
| DIAKON LOGISTICS (DELAWARE) INC.,<br>    Third-Party Plaintiff,<br>vs.<br><br>SAYBE'S, LLC, ABDUL TRUCKING, INC., and RASHID TRUCKING, INC.,<br>    Third-Party Defendants. | |

- 1 -

IT IS HEREBY CERTIFIED THAT:

     I, David A. Huch, am a citizen of the United States and am at least eighteen years of age. My business address is 310 N. Indian Hill Blvd., Suite 459, Claremont, CA 91711. I am not a party to the above entitled action. I have caused service of:

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION (PLAINTIFF'S ATTORNEY, DAVID A. HUCH)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Derek J. Emge**
**EMGE & ASSOCIATES**
**Email: derek@emgelawfirm.com**
**Attorneys for Plaintiffs**

**Issa J. Michael**
**THE MICHAEL LAW FIRM**
**Email: imichaelesq@yahoo.com**
**Attorneys for Plaintiffs**

**Todd J. Hilts**
**LAW OFFICE OF TODD J. HILTS**
**Email: tjhilts@hiltslaw.com**
**Attorneys for Plaintiffs**

**James H. Hanson**
**Scopelitis Garvin Light Hanson & Feary**
**Email: jhanson@scopelitis.com**
**Attorneys for Defendants**

**Christopher C McNatt, Jr**
**Scopelitis Garvin Light Hanson & Feary**
**Email: cmcnatt@scopelitis.com**
**Attorneys for Defendants**

**Robert L. Browning**
**Scopelitis Garvin Light Hanson & Feary**
**Email: rbrowning@scopelitis.com**
**Attorneys for Defendants**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**N/A**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the the foregoing is true and correct as executed on this 16th day of September 2008.

s/ David A. Huch_
DAVID A. HUCH

- 3 -

**CERTIFICATE OF SERVICE**
**08CV0033 L (AJB)**