EXHIBIT N

1 OF 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSUE SOTO, GHAZI RASHID,
MOHAMED ABDELFATTAH, on behalf
Of All Aggrieved Individuals,
All Others Similarly Situated,
and the General Public,

    Plaintiffs,

vs.    CASE NO. 08-CV-0033-L-AJB

DIAKON LOGISTICS (DELAWARE), INC.,
a foreign corporation; and DOES
through 50, inclusive,

    Defendants.
_____/

DEPOSITION OF SAMUEL RUBIO, JR.
Taken at San Diego, California
Wednesday, April 28, 2010

Reported by Yesenia Ponce - CSR
Certificate No. 12689

EXHIBIT N
2 OF 4

1   when you are doing a ride-behind?
2        A    Yes.
3        Q    And what is the purpose of doing a ride-behind?
4        A    To offer assistance.
5        Q    Do you also monitor their performance?
6        A    No.
7        Q    Do you talk to the customer on the
8   ride-behinds?
9        A    Yes.
10       Q    Why do you talk to the customer?
11       A    To be polite.
12       Q    Is this something Sears requires you to do?
13       A    Yes.
14       Q    Do you check for the type of protection the
15  delivery team puts down on the floors?
16       A    I observe their -- yes.
17       Q    And do you check to see how well the drive --
18  delivery team communicates with the customer?
19       A    Yes.
20       Q    Do you check to make sure that the drivers are
21  wearing proper attire?
22       A    Yes.
23       Q    Do you check to see if the trucks are in good
24  shape?
25       A    Yes.

Steven Espinoza - 4/28/2010

```
 1      Q    Do you check to see if the merchandise is
 2   loaded properly?
 3      A    Yes.
 4      Q    And do you check to see if the drivers are
 5   following traffic signs and speeds?
 6      A    Yes.
 7      Q    Do you check to see if the drivers are stopping
 8   for breaks?
 9      A    No.
10      Q    If --strike that.
11           Is there some incentive in addition to
12   compensation that the top-performing drivers are given?
13      A    Money incentive?
14      Q    Is there any nonmonetary incentive that the
15   top-performing drivers are provided?
16      A    Yes.  We allow them to pick a given door number
17   of their choice.
18      Q    What is a given door number?
19      A    We have anywhere from 17 doors.  They are all
20   numbered between 24 and 48, I believe.  And they choose
21   to -- their choice to pick the door if they reach a high
22   incentive.
23      Q    By "doors" you are talking about the loading
24   dock at the warehouse?
25      A    Yes.
```

SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100
www.sscourtreporters.com

EXHIBIT N
4 of 4

45